UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MARSHALL THOMAS COBB, SR.,              )
                                        )
                    Plaintiff,          )
         vs.                            )   No. 1:07-cv-674-SEB-WTL
                                        )
DAVID DONAHUE et al.,                   )
                                        )
                    Defendants.         )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 09/10/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Marshall Cobb, Sr.
#129571
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064